**Order entered July 25, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00098-CV

## AL M. WILLIAMS, Appellant

## V.

## ECOM/WILLMAX BELLAGIO, L.P. D/B/A LADERA, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-17458

## ORDER

Before the Court are appellant's July 5, 2022 (1) "Motion to Reconsider All Previous Orders, Compel Hearings, and Motion to Abate This Appeal" and (2) "Simple Motion to Abate This Appeal." We **DENY** the motions.

Also before the Court is appellant's July 20, 2022 fourth motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on July 18, 2022 filed as of the date of this order.

/s/    KEN MOLBERG
        JUSTICE